**Roger A. HUBBARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72161.**

Missouri Court of Appeals, Western District.

June 28, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 2, 2011.

Ruth Sanders, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Daniel McPherson, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES M. SMART, JR., and VICTOR C. HOWARD, Judges.

## ORDER

PER CURIAM.

Roger Hubbard appeals the denial of his Rule 29.15 motion, following his conviction on two counts of statutory sodomy. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the denial of post-conviction relief.

AFFIRMED. Rule 84.16(b).